UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS STEPHENS,

    Plaintiff,

v.

UNITED PARCEL SERVICE, INC.,

    Defendant.

Case No. 3:24-cv-00546-JSC

**ORDER DISMISSING ACTION**

Nicholas Stephens, who is representing himself, filed three actions against his employer United Parcel Service (UPS). *See* Nos. 23-6081, 24-500, 24-546. The first-filed action was removed from the Alameda County Superior Court. *See* No. 23-6081, Dkt. No. 1. Shortly after removal, UPS moved to dismiss. Before the Court ruled on that motion, Plaintiff filed two new actions in this court, also against UPS. *See* Nos. 24-500, 24-246. This Court has related all three actions. At the hearing on May 2, 2024 in Case No. 23-6081, Plaintiff confirmed all three actions arise out of the same incident and seek overlapping relief. Plaintiff may thus bring all his claims in the first-filed action. *See* No. 23-6081.

This action is therefore DISMISSED as duplicative of Case No. 23-6081.

The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: May 3, 2024

JACQUELINE SCOTT CORLEY
United States District Judge